

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 04 2017
TONY R. MOORE, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA TROMBLY WOOD | MISC. CASE NO. 17-mc-69 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

**JUDGMENT ADOPTING REPORT AND RECOMMENDATION**

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Debora Trombly Wood, as Executrix and Derivative Claimant of the Estate of Patricia Trombly, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 4th day of April, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE